| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712)<br>SETH I. APPEL (SBN 233421) |
| 3 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |

Attorneys for Plaintiffs
ADVENT SOFTWARE, INC. and MICROEDGE, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADVENT SOFTWARE, INC., a Delaware corporation, and MICROEDGE, INC., a New York corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>YOURFAVORITE.COM, a Massachusetts company, RICHARD ROGERS, an individual, and DOES 1-25,<br><br>　　　　　　　Defendants. | Case No. C 07-01821 MHP<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

　　　　Plaintiffs Advent Software, Inc. and MicroEdge, Inc. and Defendants Yourfavorite.com and Richard Rogers hereby stipulate that the deadline for Defendants to file a response to the Complaint is extended by fourteen (14) days, through May 7, 2007.

1 | Dated: April 25, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
D. Peter Harvey

Attorneys for Plaintiffs
ADVENT SOFTWARE, INC. and MICROEDGE, INC.

HEIDI A. SCHILLER

_____

Attorney for Defendants
YOURFAVORITE.COM and RICHARD ROGERS

April 24, 2007

**IT IS SO ORDERED**

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. C 07-01821 MHP